**1:25-cr-00733**
**Judge Jeffrey I Cummings**
**Magistrate Judge Beth W. Jantz**
**RANDOM / Cat. 5**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| UNITED STATES OF AMERICA | Case No. |
|---|---|
| v. | Violation: Title 18, United States Code, Section 1703(a) |
| JAMELLA DAVIS | |

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

Between on or about April 29, 2025, and on or about July 1, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

JAMELLA DAVIS,

defendant herein, who was then a United States Postal Service Employee, unlawfully delayed mail entrusted to her and which came into her possession, and which was intended to be conveyed by mail and carried and delivered by a carrier or other employee of the Postal Service, namely, multiple mail pieces and parcels addressed to recipients residing on carrier route C065 and found in Long Life Vehicle #0420077 on or about July 1, 2025;

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY